**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:94cr3012 LAC

RODNEY BRIDGES

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on    July 21, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)
Filed by DEFENDANT PRO SE on 7/21/08  Doc.# 812

RESPONSES:

                                                 on          Doc.#
                                                 on          Doc.#

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        *s/Mary Maloy*
LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 27th day of January, 2009, that:*

*(a) The relief requested is* ***DENIED.***

*(b) The defendant was held accountable for 50 kilograms or more of cocaine base. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment.*

                                                 *s/L.A. Collier*
                                                 ***LACEY A. COLLIER***
Entered On Docket: _____ By: __    ***Senior United States District Judge***
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

                                     Document No.